UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBBIE SEARS,

        Plaintiff,        Case no. 07-12353
                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,

_____/

**ORDER ADOPTING MAGISTRATE JUDGE BINDER'S**
**REPORT AND RECOMMENDATION**

The Court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U. S. C. 636(b)(1)(B), and LR 72.1(b)(3), has reviewed the Magistrate Judge's report and recommendation, filed January 29, 2008, as well as any objections filed by the parties, and after reviewing;

**IT IS HEREBY ORDERED** that the report and recommendation is **ADOPTED** as the findings and conclusions of the Court.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: February 14, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 14, 2008, by electronic and/or ordinary mail.

                                                s/William Barkholz
                                                Case Manager